UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| SHARON DYWANE SHAW | CIVIL ACTION NO. 17-0031 |
| VERSUS | JUDGE S. MAURICE HICKS, JR. |
| CHESAPEAKE OPERATING, LLC, ET AL. | MAGISTRATE JUDGE HORNSBY |

## ORDER

For the reasons assigned in the Report and Recommendation of the Magistrate Judge previously filed herein, and having thoroughly reviewed the record, including the written objections filed, and concurring with the findings of the Magistrate Judge under the applicable law;

**IT IS ORDERED** that Plaintiff's Motion to Remand (Record Document 10) is **DENIED**.

**THUS DONE AND SIGNED** at Shreveport, Louisiana, this the 3rd day of April, 2017.

_____
S. MAURICE HICKS, JR.
UNITED STATES DISTRICT JUDGE